UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**JASON PATZFAHL,**
      **Plaintiff,**

    **v.**                                   **Case No. 20-CV-1202**

**FSM ZA, LLC, et al.,**
      **Defendant.**
_____

## ORDER

On June 17, 2024, the Court held a Fairness Hearing. Based on the plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement, Motion for Approval of Attorneys' Fees and Costs, and Motion for Approval of Plaintiff's Service Award, as well as the documents filed in support thereof and the record as a whole, **IT IS ORDERED THAT** the parties' Joint Motion for Final Approval of Collective and Class Action Settlement (ECF No. 94) is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

1. The parties' Settlement Agreement, (ECF No. 91-1), is approved as fair, reasonable, and an adequate resolution of a bona fide dispute.

2. Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs is **GRANTED**. Attorneys' fees in the amount of $130,000.000 and case related costs in the amount of $12,345.22 are approved as fair and reasonable.

3. Plaintiff's Unopposed Motion for Approval of Service Award is **GRANTED**. Named Plaintiff's Service Award of $10,000.00 is approved as fair and reasonable.

4. Administrative expenses in the amount of $5,996.81 are approved as fair and reasonable.

1

5. Settlement funds shall be disbursed pursuant to the terms of the Settlement Agreement.

6. The Class Members' released claims, as described in the Settlement Agreement, are hereby **DISMISSED with prejudice**.

7. The claims of the Class Member who properly and timely requested exclusion from the parties' Settlement Agreement, *see* ECF No. 94-1, ¶ 11, are hereby **DISMISSED without prejudice**.

8. This matter is hereby dismissed on the merits and without further costs to either party.

Dated at Milwaukee, Wisconsin, this 17th day of June, 2024.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge